962 So.2d 364 (2007)
Jeffrey Ray HALL, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-3035.
District Court of Appeal of Florida, Fifth District.
July 24, 2007.
*365 Kepler B. Funk, Keith F. Szachacz and Alan S. Diamond, of Funk, Szachacz & Diamond, LLC., Melbourne, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Mary G. Jolley, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See United States v. Dunn., 480 U.S. 294, 107 S.Ct. 1134, 94 L.Ed.2d 326 (1987); Wilson v. State, 952 So.2d 564 (Fla. 5th DCA 2007).
PLEUS, LAWSON and EVANDER, JJ., concur.